UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
IN RE:

Phyllis Francis David

    Debtor(s)
---------------------------------------------------X

Chapter: 7
Case # 17-42059

**NOTICE OF APPEARANCE**

SIR:

    **PLEASE TAKE NOTICE** that U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust hereby appears in the above action, and demands that all papers in the case be served on U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust at the address stated below.

    **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: May  10  2017
    Plainview, New York

_____
Rosicki, Rosicki & Associates, P.C.
Attorneys for U.S. Bank Trust, N.A., as
Trustee for LSF8 Master Participation
Trust
By: Seung Woo Lee, Esq.
Main Office: 51 E. Bethpage Road
Plainview, New York 11803
Phone: 516-741-2585
Email: ECFNotice@Rosicki.com

TO:

Hector M. Roman, Esq.
Roman & Singh, LLP
37-18 73rd Street
Suite 401
Jackson Heights, NY 11372

Gregory Messer, Esq.
Law Offices of Gregory Messer, PLLC
26 Court Street
Suite 2400
Brooklyn, NY 11242

U.S. Trustee
Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance has been served via first class mail on the following parties:

Hector M. Roman, Esq.
Roman & Singh, LLP
37-18 73rd Street
Suite 401
Jackson Heights, NY 11372

Gregory Messer, Esq.
Law Offices of Gregory Messer, PLLC
26 Court Street
Suite 2400
Brooklyn, NY 11242

U.S. Trustee
Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

May 11 2017

_____
Joseph Messina

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x
IN RE:

Phyllis Francis David
        Debtor(s)

------------------------------------------------x

## NOTICE OF APPEARANCE

**ROSICKI, ROSICKI & ASSOCIATES, P.C.**
Main Office: 51 E. Bethpage Road
Plainview, New York 11803