UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In Re:                                           Chapter 7

                                                 Case No. 1-17-42059

PHYLLIS FRANCIS DAVID
                    Debtor(s)
-----------------------------------------------------X

## LOSS MITIGATION REQUEST - BY DEBTOR

I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

34-54 70th STREET, JACKSON HEIGHTS NY-11372
*[Identify the Property]*

0981
*[Last 4 Digits of Loan Number]*

CALIBER HOME LOANS P.O BOX 24610
*[Creditor's Name and Address]*
OKLAHOMA CITY, OK - 73124

**SIGNATURE**

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

Sign: *[signature]*                  Date: July 26, 2017

Print Name: PHYLLIS FRANCIS DAVID
            *[First and Last Name]*
Telephone Number: 347 744 3611
                  *[i.e. 999-999-9999]*
E-mail Address [if any]: OSPHYLLISALEENA@GMAIL.COM

RECEIVED 2017 JUL 27 P 1:52 CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x
In re: Phyllis F David

Case No. 1-17-42059

Chapter 7

Debtor(s)
------------------------------------------------x

### CERTIFICATE OF SERVICE

The undersigned debtor certifies that on __July 27, 2017__ a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in a official depository under the exclusive care and custody of the United States Postal Service within the State of New York. Upon (specify name and mailing address of each party served): Rosicki, Rosicki & Associates PC
51 East Bethpage Road
Plainview, NY 11803

Dated: July 27, 2017

_____
Debtor(s) (signature)